

## IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **Donald Bruno and Cynthia Bruno, h/w** | : |
| **Plaintiffs,** | :     **Civil Action** |
| **Vs.** | : |
| | **No. CV-02-2353** |
| **Benny Jose Jackson, and** | : |
| **A & S Trucking Services, Inc., and** | **Jury Trial Demanded** |
| **Henry Garfield Brickey, and** | |
| **Salem Leasing Corp.** | |

FILED
SCRANTON

DEC 2 6 2002

PER _____
              DEPUTY CLERK

## CIVIL ACTION COMPLAINT

Plaintiffs, by and through their counsel, Perlstein Law Offices and Paul M. Perlstein, Esq., makes claim upon the defendants as follows:

### INTRODUCTION

1. Plaintiffs seek redress in the form of monetary damages for the injuries they have suffered as the proximate result of the negligent conduct of the defendants in the operation of their motor vehicles on the Pennsylvania highways in Schuylkill County.

### JURISDICTION

2. This action is brought pursuant to 28 U.S.C. Sec. 1332 (a)(1) in that the amount in controversy exceeds the sum or value of $75,000. exclusive of interest and costs and is between citizens of different states.

## THE PARTIES

3. Donald and Cynthia Bruno, individuals, are husband and wife who are residents and citizens of the state of Florida.

4. Defendant Benny Jose Jackson is a citizen of the state of Maryland where he resides at 7309 Baylor Ave., College Park, MD. 20740 and at all times relevant hereto was the agent, servant, and/or employee of A & S Trucking Services, Inc., and/or acting on their behalf pursuant to their direction and control.

5. Defendant A & S Trucking Services, Inc. is a corporation created under the laws of Maryland where its principal place of business is located at 207 Cockeysville Road, Cockeysville, MD, 21030.

6. Defendant Henry Garfield Brickey is a citizen of the state North Carolina where he resides at 1036 Melrose Court, East Bend, NC, 27018 and at all times relevant hereto was the agent, servant, and/or employee of Salem Leasing Corp. and/or acting on their behalf pursuant to their direction and control.

7. Defendant Salem Leasing Corp. is a corporation created under the laws of the state of North Carolina where its principal place of business is located at 175 Charlois Boulevard, Winston Salem, NC, 27103.

## FACTS GIVING RISE TO THE CAUSE OF ACTION

8. On January 19, 2001, the Plaintiff Donald Bruno was operating a truck northbound on SR-81 in Mahanoy Township, Schuylkill County, PA when he collided with the truck being operated by Henry Garfield Brickey that was obstructing the highway as the result of an earlier collision of the Brickey truck with the truck being operated by Benny Jose Jackson that was disabled on the highway as the result of losing control and striking a guardrail.

9. The cause of the accident was the negligence, carelessness, and recklessness of the defendants and not the result of any act or failure to act on the part of Donald Bruno.

10. As a result of the collision, Donald Bruno sustained devastating injuries to and about his body, many of which are permanent; health-care expenses; loss of income and earning capacity; pain and suffering, and the loss of life's pleasures.

11. Because of the negligence, carelessness, and recklessness of the defendants, Cynthia Bruno has been in the past, and will be in the future, denied the society, comfort, and companionship of her husband, Donald Bruno.

## CLAIMS FOR RELIEF

**Wherefore**, the Plaintiffs, Donald Bruno and Cynthia Bruno, request judgment

for the following relief from the court:

A. . Compensatory damages in an amount in excess of 5 million dollars.

B. Counsel fees and costs.

C. Such other relief as is reasonable and just.

## JURY TRIAL DEMAND

The Plaintiffs, Donald Bruno, and Cynthia Bruno, request a trial by jury on all
issues so triable.

**Respectfully submitted,**

**Perlstein Law Offices**

By _____

**Paul M. Perlstein, Esq.**
**P.O. Box 582**
**Wynnewood, PA 19096-0582**
**610-896-3800**

4